RECEIVED
DEC 11 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 5:19-cr-00384 |
| | Judge Walter |
| VERSUS | Magistrate Judge Hornsby |
| ICENHOWER OIL and GAS, INC. (01) and TIM ICENHOWER (02) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

AT ALL TIMES MATERIAL HEREIN

### COUNTS 1-18
(Harboring Aliens)
(8 U.S.C. § 1324(a)(1)(A)(iv))

I. BACKGROUND

1. **Icenhower Oil and Gas, Inc.,** is a business incorporated under the laws of Louisiana. **Icenhower Oil and Gas, Inc.,** is in the business of pipelines and oilfield construction.

2. **Icenhower Oil and Gas, Inc.,** corporate offices are located in Bossier City, Louisiana.

3. **Tim Icenhower** is the owner and president of **Icenhower Oil and Gas, Inc.**

II. <u>CRIMINAL OFFENSE</u>

Beginning on or on about January 2017 and continuing to no later than the present, in the Western District of Louisiana the defendants, **Icenhower Oil and Gas, Inc.,** and **Tim Icenhower**, did encourage and induce the aliens listed below to reside in the United States, knowing and in reckless disregard of the fact that such residence in the United States was in violation of law.

| Count(s) | Alien (Initials) | Location |
|---|---|---|
| 1 | F.A. | Bossier City, LA |
| 2 | J.Z. | Bossier City, LA |
| 3 | J.C. | Bossier City, LA |
| 4 | G.C. | Bossier City, LA |
| 5 | V.C. | Bossier City, LA |
| 6 | H.C.O. | Bossier City, LA |
| 7 | J.G.C. | Bossier City, LA |
| 8 | N.G. | Bossier City, LA |
| 9 | J.G. | Bossier City, LA |
| 10 | A.H. | Bossier City, LA |
| 11 | J.H. | Bossier City, LA |
| 12 | E.M. | Bossier City, LA |
| 13 | J.M. | Bossier City, LA |
| 14 | J.M. | Bossier City, LA |
| 15 | R.M. | Bossier City, LA |

| 16 | R.M. | Bossier City, LA |
| 17 | P.O. | Bossier City, LA |
| 18 | I.M. | Bossier City, LA |

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv). [8 U.S.C. § 1324(a)(1)(A)(iv)].

A TRUE BILL:

*REDACTED*

GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

EARL M. CAMPBELL (LA Bar #25957)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
Phone: (318) 676-3600