SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 1:20 p.m. on December 11, 2019, and recessed at 1:30 p.m.

PRESENT: Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 10 minutes

**5:18-SM-00300   GRAND JURY REPORT**

X  Partial Report
X  Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:19-cr-00382-01*** | X/WRIT | |
| 1:19-cr-00387-01 | | X |
| 3:19-cr-00383-01*** | X/WRIT | |
| 3:19-cr-00385-01* | X | |
| 5:19-cr-00171-01** | X | |
| 5:19-cr-00384-01 | | X |
| 5:19-cr-00384-02 | | X |
| 5:19-cr-00386-01* | X | |

SEALED INDICTMENTS

\*   In Federal Custody
\*\*   Superseding Indictment
\*\*\*   State Custody